FILED
MISSOULA, MT
2005 AUG 25 PM 3 25
PATRICK E. DUFFY
BY _PATRICK E. DUFFY_
DEPUTY CLERK

LODGED
AUG 18 2005
PATRICK E. DUFFY, CLERK
By _____
DEPUTY CLERK, MISSOULA

RECEIVED
MISSOULA, MT
2005 AUG 18 PM 4 08
PATRICK E. DUFFY
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br> )<br>-vs- )<br> )<br>STEVEN MOREY, )<br>Defendant. ) | CR 04-21-M-DWM<br><br>**ORDER** |

GOOD CAUSE HAVING BEEN SHOWN, AND THE APPROPRIATE MOTION HAVING BEEN FILED,

IT IS ORDERED, and this does order that Defendant's MOTION TO MODIFY CONDITIONS OF RELEASE is granted and Defendant is released from the condition of electronic monitoring. It is ordered that all other conditions of release heretofore set by the Court and by the U.S. Parole and Probation Officer shall remain in full force and effect.

ORDERED this 25 day of August, 2005.

_____
Donald W. Molloy, Chief Judge
United States District Court

c: Bailey
USM
USPO
USA

247

```
*********************
***  TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              1709
RECIPIENT ADDRESS     97215912
DESTINATION ID
ST. TIME              08/26 14:53
TIME USE              00'17
PAGES SENT            1
RESULT                OK
```

LODGED

AUG 18 2005

PATRICK E. DUFFY, CLERK

By _____
DEPUTY CLERK, MISSOULA

FILED
MISPECEIVENT
MISSOULA, MT
2005 AUG 25 PM 3 25
2005 AUG 18 PM 4 08
PATRICK E. DUFFY
BY PATRICK E. DUFFY
BY DEPUTY CLERK
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CR 04-21-M-DWM |
| | ) | |
| -vs- | ) | **ORDER** |
| | ) | |
| STEVEN MOREY, | ) | |
| Defendant. | ) | |

GOOD CAUSE HAVING BEEN SHOWN, AND THE APPROPRIATE MOTION HAVING BEEN FILED,

IT IS ORDERED, and this does order that Defendant's MOTION TO MODIFY CONDITIONS OF RELEASE is granted and Defendant is released from the condition of electronic monitoring. It is ordered that all other conditions of release heretofore set by the Court and by the U.S. Parole and Probation Officer shall remain in full force and effect.

ORDERED this _25_ day of _August_, 2005.